# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3060

_____

| | | |
|---|---|---|
| Michael W. Blodgett, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Craig Franco; United States of | * | Appeal from the United States |
| America; Gordon Conn; John R. | * | District Court for the District |
| Stoebner; Safrabank CA; Heritage | * | of Minnesota. |
| Coin Gallery; Faegre & Benson; Lapp | * | |
| Lurie Libra Abrahamson & Thompson | * | [UNPUBLISHED] |
| Chartered; Ronald Meshbesher; Jim | * | |
| Gilbert; Phillip S. Resnick, sued as | * | |
| Phil Resnick; Does, 1 through 100; | * | |
| Kathleen Sanburg; Charles Webber; | * | |
| Arnen Vartian, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  July 6, 2000

Filed:  July 14, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Michael W. Blodgett appeals the district court's order dismissing his lawsuit in its entirety with prejudice. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons expressed in the magistrate judge's thorough report and recommendation as adopted by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.